# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:

| | |
|---|---|
| NICOLE R. MCGILL, (Social Security No. ***-**-0949) | Case No. 2:20-bk-09868-DPC Chapter 7 Hon. Daniel P. Collins |
| Debtor. _____/ | |
| MICHIGAN UNEMPLOYMENT INSURANCE AGENCY, | Adversary Proceeding No. 2:20-ap-00332-DPC Hon. Daniel P. Collins |
| Plaintiff, v. | |
| NICOLE R. MCGILL, | |
| Defendant. _____/ | |

## MOTION FOR DEFAULT JUDGMENT ON COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

The Michigan Unemployment Insurance Agency (Plaintiff), through its attorneys, Dana Nessel, Attorney General, and Rebecca M. Smith, Assistant Attorney General, files this motion for default judgment under Fed. R. Civ. P. 55 and Fed. R. Bank. P. 7055, and in support states as follows:

1. Plaintiff commenced an adversary proceeding on December 2, 2020.

2. Plaintiff served the complaint and summons on Defendant and Defendant's attorney, Shawn L. Stone, by United States Postal Service first-class mail on December 3, 2020. (Doc. 4.)

3. An answer was due on January 4, 2021.

4. The Court Clerk entered a default on February 23, 2021. (Doc. 7.)

5. The Defendant has not filed an answer or other responsive pleading, nor has the Defendant moved to set aside the default.

6. Defendant's debt to the Plaintiff is $39,087.00, plus allowable costs.

7. An affidavit of default is attached as Exhibit A.

8. A proposed order for default judgment is attached as Exhibit B.

9. The Plaintiff relies on its pleadings is entitled to a default judgment of non-dischargeability as to the current amount owed.

## CONCLUSION AND REQUEST FOR RELIEF

THEREFORE, the Plaintiff requests that this Court enter a default judgment of non-dischargeability with judgment in the amount of $39,087.00, plus $350.00 in costs and fees, in favor of the Plaintiff.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Rebecca M. Smith*
Rebecca M. Smith (P72184)
Assistant Attorney General
Attorneys for Plaintiff
Labor Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-1950
Smithr72@michigan.gov

Dated: March 4, 2021