## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

Daniel P. Collins, Bankruptcy Judge

In the Matter of:

NICOLE R. MCGILL,
(Social Security No. ***-**-0949)

      Debtor.

_____/

Case No. 2:20-bk-09868-DPC
Chapter 7
Hon. Daniel P. Collins

MICHIGAN UNEMPLOYMENT
INSURANCE AGENCY,

      Plaintiff,

v.

NICOLE R. MCGILL,

      Defendant.

_____/

Adversary Proceeding No.
2:20-ap-00332-DPC
Hon. Daniel P. Collins

### ORDER FOR DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Default Judgment on Complaint to Determine Dischargeability of Debt.

The Defendant has not filed an answer or other permitted pleading within the time prescribed, and has not moved to set aside the default entered by the Clerk of the Court.

THEREFORE, IT IS ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. Defendant's debt to the Plaintiff of $39,087.00 is declared nondischargeable under 11 U.S.C. § 523(a)(2) and (7), and will be excepted from the Order of Discharge entered in Bankruptcy Case No. 2:20-bk-09868-DPC. A default

judgment is entered in favor of the Plaintiff in the amount of $39,087.00 plus

$350.00 in cost and fees, for a total judgment of $39,437.00.