FORM advntry

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>    NICOLE R. MCGILL<br>*Debtor(s)* | Case No.: 2:20–bk–09868–DPC<br><br>Chapter: 7 |
|    Michigan Unemployment Insurance Agency<br>*Plaintiff(s)*<br><br>v.<br><br>    NICOLE R. MCGILL<br>*Defendant(s)* | Adversary No.: 2:20–ap–00332–DPC |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on 3/4/2021, the Court entered the attached judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

Date: March 4, 2021

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number:  (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |